# EXHIBIT "A"

## USE OF MAILS IN VIOLATION OF 18 U.S.C. § 1341

| Date | Transmitter | Recipient | Purpose | Description |
|---|---|---|---|---|
| 07/29/92 | Bullard III | Coen, Horbach, Ponsoldt, Merchant | NRDC Transaction | Letter w/National Resource Development Corporation, Regency Affiliates, Inc. Acquisition Agreement dated 09/92 |
| 09/01/92 | Coen | Bullard III | NRDC Transaction | Letter regarding transaction with Regency Affiliates, Inc. |
| 09/29/92 | Coen | Ponsoldt, Merchant | NRDC Transaction | Letter regarding fee arrangement w/Regency Affiliates, Inc. involving Jerome Merchant |
| 12/22/92 | Bullard | Horbach | NRDC Transaction | Letter regarding Regency Affiliates, Inc./Sunriku NRDC; closing; due diligence |
| 03/17/93 | Degenhart | Ponsoldt | NRDC Transaction | Letter regarding agreement between Regency Affiliates, Inc., National Resource Development Corporation and Sunriku International Investments, Ltd. |
| 05/25/93 | Koehler | Horbach, Ponsoldt | NRDC Transaction | Letter that accompanied draft of Acquisition Agreement |
| 05/27/93 | Koehler | Horbach, Ponsoldt | NRDC Transaction | Letter w/copy of Amendment to Royalty Agreement |
| 06/25/93 | Koehler | Horbach, Ponsoldt | NRDC Transaction | Letter w/06/04/93 Acquisition Agreement |
| 07/10/93 | Koehler | Harshfield, Ponsoldt | NRDC Transaction | Letter regarding wire transfer at National City Bank of Cleveland, enclosed: 10-K's and 8-K's filed in 1992-1993 |
| 07/23/93 | Koehler | Ponsoldt | NRDC Transaction | Letter enclosing copies of Regency Affiliates, Inc. Stock Certificates |
| 11/29/94 | Koehler | Horbach, Ponsoldt, Grossman | NRDC Transaction | Letter enclosing redlined version of Amended Certificate of Designation |
| 12/19/94 | Koehler | Ponsoldt | NRDC Transaction | Letter enclosing Consent and Certificate of Designation for execution |
| 12/23/94 | Koehler | Antosh | NRDC Transaction | Letter enclosing amended Certificate of Designation for the Series C Preferred Stock |
| 12/23/94 | Koehler | Antosh | NRDC Transaction | Letter regarding Consent from Statesman Group to Amend Certificate of Designation of Series C Preferred Stock |
| 01/13/95 | Koehler | Grossman | NRDC Transaction | Letter enclosing copies of Consent and Amended Certificate of Designation for execution |
| 03/29/95 | Koehler | Beautfait, Ponsoldt, Grossman, Horbach | NRDC Transaction | Letter regarding issues between Regency and NRDC |
| 05/03/95 | Koehler | Ponsoldt | NRDC Transaction | Redlined Version of Certificate of Designation and Consent to be signed by Secretary of Corporation |
| 07/24/95 | Koehler | Horbach | NRDC Transaction | Letter regarding Offer of Recision with California |
| 08/24/95 | Koehler | Grossman | NRDC Transaction | Letter enclosing Amended Certificate of |

| Date | Transmitter | Recipient | Purpose | Description |
|---|---|---|---|---|
| 12/01/95 | Koehler | Kelly | NRDC Transaction | Letter enclosing Certificate of Designation for Execution |
| 12/20/95 | Koehler | Nuttall, BOD, Ponsoldt | Employment Agreement | Letter w/redlined draft of Employment Agreement |
| 09/30/96 | Kelly | Carey, Ponsoldt, Craffey, Horbach, Ponsoldt Jr., Koehler | Employment Agreement | Letter and forms regarding the process of obtaining a new president |
| 10/01/96 | Kelly | Chairman of the Board and Board Members | Employment Agreement | Letter regarding Board meeting agenda |
| 11/27/96 | Kelly | Chairman/Regency Board of Directors | Employment Agreement | Letter enclosing process and candidate packets |
| 06/04/97 | Ponsoldt | Antosh | Employment Agreement | Letter regarding executed Employment Agreement |
| 07/16/97 | Werle | Ponsoldt | Employment Agreement | Letter regarding refinancing of Security West Property |
| 07/22/97 | Ponsoldt | Horbach | NRDC Transaction | Letter w/Pegasus Development preliminary financials |
| 11/25/97 | Koehler | Fine, Ponsoldt | NRDC Transaction | Letter regarding Proposed Sale of Groveland Mine |
| 02/09/98 | Koehler | Ponsoldt | Statesman Option | Letter w/draft of Amended and Restated Agreement between The Statesman Group, Inc. and Regency Affiliates, Inc. pertaining to warrants issued to Statesman Group, Inc. |
| 06/08/98 | Horbach | Ponsoldt | Employment Agreement | Letter regarding additional compensation earned by Ponsoldt to access common stock |
| 07/07/98 | Koehler | Ponsoldt, Horbach, Dub | NRDC Transaction | Letter regarding B-E Certificates of Designation/Junior Class Stock |
| 04/20/99 | Horbach | Ponsoldt | Glas-Aire | Memorandum regarding potential Glas-Aire/Speed.com transaction |
| 05/25/99 | Ponsoldt | Horbach | Glas-Aire | Memorandum regarding outstanding shares of Glas-Aire |
| 06/11/99 | Schlueter | Ponsoldt | Glas-Aire | Memorandum regarding potential structure for Glas-Aire/Speed.com transaction |
| 06/24/99 | Koehler | Ponsoldt, Horbach | Glas-Aire | Memorandum regarding proposed merger between Glas-Aire and Speed.com, Inc. |
| 06/28/99 | Horbach | Ponsoldt | Glas-Aire | Memorandum regarding Regency/Glas-Aire pro-forma statements and balance sheets |
| 08/02/99 | Koehler | Ponsoldt | Glas-Aire | Letter enclosing draft of Stock Purchase & Exchange Agreement between Regency and Glas-Aire |
| 08/04/99 | Koehler | Horbach, Ponsoldt | Glas-Aire | Letter w/draft Regency & Glas-Aire Stock Purchase and Exchange Agreement; Board minutes |
| 08/10/00 | Horbach | Ponsoldt | Employment Agreement | Memorandum regarding Bonus |
| 09/09/01 | Kelly | Regency Board of Directors; Ponsoldt, Jr., Ponsoldt, Craffey, Carey, Baldinger | Glas-Aire | Letter regarding last Board meeting and concerns |

OM-133118-1

| Date | Transmitter | Recipient | Purpose | Description |
|---|---|---|---|---|
| 11/30/01 | Regency | Regency Stockholders | Reverse Stock Split | Proxy Statement relating to shareholders meeting |

EXHIBIT "B"

USE OF WIRES IN VIOLATION OF 18 U.S.C. § 1343

| Date | Transmitter | Recipient | Purpose | Description |
|---|---|---|---|---|
| 06/30/92 | Horbach | Ponsoldt | NRDC Transaction | Facsimile regarding transaction between Ponsoldt Group and Regency Affiliates, Inc. |
| 09/16/92 | Horbach | Ponsoldt | NRDC Transaction | Facsimile of letter regarding contract changes submitted to Ballard |
| 06/02/93 | Koehler | Horbach, Ponsoldt | NRDC Transaction | Facsimile of letter regarding language for Form 10K |
| 06/03/93 | Koehler | Horbach | NRDC Transaction | Facsimile letter regarding Regency and Statesman continuing w/the Acquisition Agreement w/the express knowledge NRDC is a de facto corporation |
| 06/07/93 | Koehler | Grossman | NRDC Transaction | Facsimile w/Agreement for Acquisition with Regency Affiliates, Inc., Statesman Group, Inc. and National Resource Development Corporation dated 06/04/92 |
| 07/13/93 | Teske | Regency Board of Directors, Ponsoldt, Horbach | NRDC Transaction | Facsimile Memo regarding first Board Meeting |
| 07/14/93 | Koehler | May, Ponsoldt | NRDC Transaction | Facsimile letter enclosing Schedule 13D of Statesman Group, Inc. |
| 10/19/93 | Ponsoldt | Board of Directors/Ponsoldt Jr. | NRDC Transaction | Facsimile of report from Ohio River Division of Army Corps of Engineers |
| 11/22/94 | Koehler | Horbach | NRDC Transaction | Facsimile letter enclosing revisions to Certificate of Designation and draft of a Consent to be executed by Statesman Group, Inc. |
| 11/29/94 | Koehler | Horbach | NRDC Transaction | Facsimile letter enclosing redlined version of Amended Certificate of Designation for Series C Preferred Stock |
| 05/04/95 | Koehler | Horbach | NRDC Transaction | Facsimile regarding preparation of Offer of Recision |
| 05/05/95 | Ponsoldt | Horbach | NRDC Transaction | Facsimile regarding restructuring |
| 11/13/95 | Ponsoldt | Horbach | Employment Agreement | Facsimile outlining Regency's proposed employment terms with Nuttall |
| 01/08/96 | Horbach | Ponsoldt | Employment Agreement | Facsimile regarding proposed terms of Nuttall's Employment Agreements |
| 01/12/96 | Ponsoldt | Horbach | Employment Agreement | Facsimile regarding Employment Agreement between Nuttall and Regency Affiliates, Inc. |
| 01/28/96 | Koehler | Horbach | Employment Agreement | Facsimile regarding Nuttall's contract |
| 01/29/96 | Horbach | Ponsoldt | Employment Agreement | Facsimile regarding 01/29/96 memorandum from Nuttall to Horbach with cash flow bonus examples |
| 04/26/96 | Horbach | Ponsoldt | NRDC Transaction | Facsimile regarding revision to Certificate of Designation |
| 05/22/96 | Ponsoldt | Nuttall | NRDC Transaction | Letter to correct mis-impressions concerning International Aggregate Corporation |
| 07/09/96 | Nuttall | Horbach | Employment | Facsimile of Quick Search International |

OM-133141-1

| Date | Transmitter | Recipient | Purpose | Description |
|---|---|---|---|---|
| | | | Agreement | search of Ponsoldt dated 08/11/95 |
| 09/26/96 | Horbach | Ponsoldt, Koehler | Employment Agreement | Facsimile regarding resignation of Gary Nuttall |
| 11/18/96 | Kelly | Ponsoldt, Jr., Ponsoldt,, Carey, Craffey, Horbach, Koehler, Antosh, Marks | Employment Agreement | Facsimile of resumes of candidates for presidents of Regency Affiliates, Inc. |
| 03/31/97 | Horbach | Ponsoldt | Employment Agreement | Facsimile to Board members regarding presidency of Regency Affiliates, Inc. |
| 04/01/97 | Ponsoldt | Horbach | Employment Agreement | Facsimile regarding Ponsoldt as President of Regency Affiliates, Inc. |
| 04/04/97 | Horbach | Kelly, Koehler | Employment Agreement | Facsimile regarding Ponsoldt: presidency and control issues |
| 04/06/97 | Kelly | Regency Board: Ponsoldt, Jr., Ponsoldt,, Koehler, Horbach | Employment Agreement | Facsimile regarding employment proposal of Ponsoldt |
| 04/08/97 | Koehler | Horbach | Employment Agreement | Facsimile of letter to Regency Affiliates, Inc.'s Board of Directors regarding proposal to hire Ponsoldt as President |
| 04/14/97 | Ponsoldt, Jr. | Horbach | Employment Agreement | Facsimile of letter from Ponsoldt, Jr. to Kelly stating Ponsoldt's proposed compensation is too low |
| 04/23/97 | Kelly | Regency Board Members/Ponsoldt, Jr., Ponsoldt | NRDC Transaction | Facsimile regarding Petrographic report on International Aggregate Corp., Groveland Mine and Iron Mountain |
| 05/27/97 | Dub | Horbach | Employment Agreement | Facsimile regarding Regency matters including Employment Agreement for Ponsoldt |
| 05/30/97 | Dub | Horbach | Employment Agreement/ Statesman Option | Facsimile of letter to Directors of Regency Affiliates, Inc. regarding Employment Agreement of Ponsoldt and Statesman Agreement |
| 06/00/97 | Kelly | Koehler, Dub, Ponsoldt Sr., Ponsoldt Jr., Carey, Craffey | Employment Agreement | Facsimile of Compensation Package for Employees and Directors |
| 06/03/97 | Antosh | Ponsoldt | Employment Agreement | Facsimile requesting documents be sent to Stan Dub |
| 06/18/97 | Nuttall | Horbach | Employment Agreement | Facsimile w/background information on Ponsoldt |
| 06/19/97 | Horbach | Ponsoldt, Dub | Statesman Option | Facsimile regarding threatened shareholders' lawsuit against company |
| 07/08/97 | Horbach | Graham | Statesman Option | Facsimile regarding telephone conversations w/Kelly concerning issuance of warrant to Statesman |
| 07/31/97 | Ponsoldt | Kelly | NRDC Transaction | Facsimile regarding Finder's Fee agreement relating to Groveland Mine |
| 09/11/97 | Horbach | Ponsoldt | NRDC Transaction | Facsimile regarding Counsel for Pegasus |
| 09/05/97 | Ponsoldt | Horbach | NRDC Transaction | Facsimile of 09/05/97 letter to Board of Directors regarding Director Compensation, Kredietbank loan, Rustic Crafts and National Resource Development Corporation |

OM-133141-1

| Date | Transmitter | Recipient | Purpose | Description |
|---|---|---|---|---|
| 10/10/97 | Ponsoldt | Horbach | Employment Agreement | Facsimile of 10/10/97 Regency Board of Directors Memorandum |
| 10/10/97 | Ponsoldt | Koehler | NRDC Transaction | Facsimile regarding property at Iron Mountain and form of Purchase Agreement |
| 11/04/97 | Ponsoldt | Koehler | NRDC Transaction | Facsimile of loan commitment to purchase International Aggregate Corporation |
| 11/06/97 | Ponsoldt | Rogers | NRDC Transaction | Facsimile regarding National Resource Development Co./Chancellor |
| 11/11/97 | Carter | Ponsoldt | NRDC Transaction | Facsimile regarding Letter of Intent for International Aggregate, Inc. and National Resources Development Company and Groveland Mine Asset Acquisition |
| 11/11/97 | Carter | Ponsoldt | NRDC Transaction | Facsimile regarding Letter of Intend for Groveland Mine Asset Acquisition |
| 11/17/97 | Horbach | Ponsoldt | Statesman Option | Facsimile w/draft of Memorandum of Understanding |
| 11/18/97 | Ponsoldt | Horbach | Statesman Option | Facsimile that transferred a draft form from the Trustees of The Statesman Trust |
| 12/17/97 | Koehler | Ponsoldt | NRDC Transaction | Facsimile regarding Groveland Mine |
| 01/26/98 | Dub | Horbach | Statesman Option | Facsimile of letter regarding Statesman warrants |
| 02/20/98 | Ponsoldt | Horbach | Statesman Option | Facsimile regarding New Documents and new items for Board meeting agenda w/attached proposed Amended and Restated Agreement between The Statesman Group and Regency Affiliates, Inc. |
| 03/20/98 | Ponsoldt | Horbach | Statesman Option | Facsimile regarding Board meeting |
| p06/25/98 | Horbach | Ponsoldt | Employment Agreement | Facsimile regarding accounts payable listing and 20% bonus |
| 11/24/98 | Horbach | Ponsoldt | Employment Agreement | Facsimile of Compensation Paid to Ponsoldt as of 09/30/98 |
| 01/07/99 | Soltero | Ponsoldt | NRDC Transaction | Facsimile of Press Release of 01/05/98 regarding Cotton Valley and Debt in Exchange for Properties and Equipment |
| 01/13/99 | Ponsoldt | Horbach | NRDC Transaction | Facsimile regarding Cotton Valley Resources Corporation |
| 01/13/99 | Ponsoldt | Horbach | NRDC Transaction | Facsimile regarding Cotton Valley Resources Corporation w/Condensed Consolidated Balance Sheet for 09/30/99 |
| 01/14/99 | Ponsoldt | Horbach | NRDC Transaction | Facsimile regarding KTN/Cotton Valley Resources |
| 02/18/99 | Ponsoldt | Horbach | NRDC Transaction | Facsimile regarding information received from Gene Soltero and KTN transaction |
| 02/19/99 | Ponsoldt | Horbach | NRDC Transaction | Facsimile regarding structure of KTN transaction |
| 03/01/99 | Ponsoldt | Horbach | NRDC Transaction | Facsimile regarding Board meeting and Cotton Valley Resources Corporation |
| 04/20/99 | Koehler | Ponsoldt, Horbach, Dub | Glas-Aire | Facsimile regarding Regency Affiliates, Inc./Glas-Aire Industries Group, Ltd. – SEC filing |
| 04/21/99 | Ponsoldt | Horbach | Glas-Aire | Facsimile regarding fixed deposits of Glas-Aire on 01/31/99 |

OM-133141-1

| Date | Transmitter | Recipient | Purpose | Description |
|---|---|---|---|---|
| 04/21/99 | Ponsoldt | Horbach | Glas-Aire | Facsimile regarding Speed.com merger w/Glas-Aire |
| 04/23/99 | Koehler | Horbach | NRDC Transaction | Facsimile regarding Cotton Valley/NRDC, IAC Merger w/Proxy Statement & Press Release |
| 05/03/99 | Horbach | Ponsoldt | Glas-Aire | Facsimile regarding Glas-Aire/Regency merger |
| 05/07/99 | Horbach | Ponsoldt | Glas-Aire | Facsimile regarding Glas-Aire; Preserving Regency NOL to protect position in Security Land Partnership |
| 05/25/99 | Horbach | Ponsoldt | Glas-Aire | Facsimile of memorandum regarding Glas-Aire/Regency transaction |
| 06/12/99 | Ponsoldt | | Glas-Aire | Facsimile regarding Speed.com transactions |
| 06/28/99 | Ponsoldt | Horbach | Glas-Aire | E-mail regarding Glas-Aire/Speed.com proposed transaction |
| 06/29/99 | Horbach | Ponsoldt | Glas-Aire | Facsimile regarding Regency and Glas-Aire pro-forma financial statements |
| 10/06/99 | Ponsoldt | Horbach | NRDC Transaction | E-mail regarding Statesman Group's non-acceptance of value for Class C preferred stock |
| 07/26/00 | Ponsoldt | Horbach | NRDC Transaction | E-mail regarding press release concerning aggregate contracts and a share buyback |
| 08/11/00 | Ponsoldt | Horbach | NRDC Transaction | E-mail regarding NRDC Aggregate |
| 09/01/00 | Horbach | Ponsoldt | NRDC Transaction | Facsimile regarding calculations due to Statesman Group, Inc. from operating results of NRDC |
| 09/26/00 | Horbach | Ponsoldt | NRDC Transaction | NRDC-Aggregate |
| 10/24/00 | Horbach | Koehler | Glas-Aire | E-mail regarding Ponsoldt Bonus Matters |
| 11/09/00 | Horbach | Ponsoldt | Glas-Aire | Facsimile regarding Glas-Aire stock |
| 11/30/00 | Koehler, Gallagher, Sharp, Fulton & Norman | Antosh | Statesman Option | Facsimile to Regency Affiliates, Inc. regarding Amended and Restated Option Agreement between Regency and the Statesman Group |
| 10/16/01 | Regency | SEC | Glas-Aire | Form 8-K Filed electronically with the SEC regarding sale of Glas-Aire |
| 10/16/01 | Regency | SEC | Glas-Aire | Schedule 13D/A filed electronically with the SEC regarding sale of Glas-Aire |
| 10/25/01 | Regency | SEC | Statesman Option | Form 8-K filed electronically with the SEC regarding exercise of Statesman Option |
| 10/25/01 | Statesman | SEC | Statesman Option | Schedule 13D/A filed electronically with the SEC regarding exercise of Statesman Option |
| 11/06/01 | Regency | SEC | Glas-Aire | Form 8-K/A filed electronically with SEC regarding sale of Glas-Aire |
| 11/06/01 | Regency | SEC | Reverse Stock Split | Schedule 14A filed electronically regarding Shareholders Meeting |
| 12/07/01 | Ponsoldt | Gatz | Reverse Stock Split | Telephone conference with Gatz soliciting vote in favor of reverse stock split |
| 12/07/01 | Ponsoldt | Graham | Reverse Stock Split | Telephone conference with Graham soliciting vote in favor of reverse stock split |
| 12/04/01 | Regency | SEC | Reverse Stock Split | Schedule 14A filed electronically with the SEC regarding shareholder meeting |
| 12/28/01 | Regency | SEC | Reverse Stock Split | Schedule 14A filed electronically with the SEC regarding shareholder meeting |

OM-133141-1

| Date | Transmitter | Recipient | Purpose | Description |
|---|---|---|---|---|
| 01/09/02 | Regency | SEC | Reverse Stock Split | Schedule 14A filed electronically with the SEC regarding shareholder meeting |
| 02/05/02 | Regency | SEC | Reverse Stock Split | Form 8-K filed electronically with the SEC regarding results of shareholder meeting |
| 02/14/02 | Regency | SEC | Reverse Stock Split | Form 8-K filed electronically with the SEC regarding effectiveness of reverse stock split |
| 04/16/02 | Regency | SEC | NRDC Transaction | Form 10-K filed electronically with the SEC disclosing sale of Aggregate |