IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD E. GATZ and DONALD D. GRAHAM, individually and on behalf of those similarly situated, and EDWARD E. GATZ and DONALD D. GRAHAM, derivatively on behalf of Regency Affiliates, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM R. PONSOLDT, SR.; STATESMAN GROUP, INC.; WILLIAM R. PONSOLDT, JR.; MARC H. BALDINGER; STEPHANIE CAREY; MARTIN J. CRAFFEY; and REGENCY AFFILIATES, INC.<br><br>Defendants. | ) | Case No. 4:02CV03113<br><br>**INDEX OF EVIDENCE** |

Plaintiffs file the following Index of Evidence in Support of its Motion for Preliminary Injunction:

**EXHIBIT A** **AFFIDAVIT OF LARRY J. HORBACH**

**EXHIBIT B** **AFFIDAVIT OF GARY K. NUTTALL**

**EXHIBIT C** **AFFIDAVIT OF WILLIAM H. HECK**

Respectfully submitted,

EDWARD E. GATZ AND DONALD D. GRAHAM, individually and on behalf of those similarly situated, and EDWARD E. GATZ AND DONALD D. GRAHAM, derivatively on behalf of Regency Affiliates, Inc., Plaintiffs

By: s/ Thomas H. Dahlk
Thomas H. Dahlk (#15371)
Michael S. Degan (#20373)
Daniel A. Morris (#16623)
Angela M. Lisec (#21745)
Joy A. Nesbitt (#22239)
BLACKWELL SANDERS PEPER MARTIN LLP
13710 FNB Parkway, Suite 200
Omaha, NE 68154-8090
Telephone: (402) 964-5000
Facsimile: (402) 964-5050

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that July 24, 2002, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Bruce D. Vosburg
Gerald L. Friedrichsen
Fitzgerald Schorr Barmettler & Brennan
13220 California Street, Suite 400
Omaha, NE 68154

ATTORNEYS FOR WILLIAM PONSOLDT, SR., WILLIAM PONSOLDT, JR., MARC H. BALDINGER, MARTIN J. CRAFFEY, AND REGENCY AFFILIATES, INC.

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Alan J. Mackiewicz
2800 South 110th Court, #1
Omaha, NE 68144-4818

ATTORNEY FOR STATESMAN GROUP, INC.

Stephanie Carey
Beaumont House, 3rd Floor
King & George Street
Nassau, Bahamas

s/ Thomas H. Dahlk