IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD E. GATZ, et al., | ) | CASE NO: 4:02cv3113 |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| | ) | DESTROYED |
| WILLIAM R. PONSOLDT, SR., et al. | ) | |
| Defendant(s). | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendants, shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

SEALED Exhibit number(s):  1 - 9

Hearing type(s):    TRO Hearing

Date of hearing(s):  April 21, 2003

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

May 2, 2007.

s/ Richard G. Kopf
United States District Judge